AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF ~~CONNECTICUT~~ MASSACHUSETTS

TRUSTEES OF THE TEAMSTERS LOCAL
UNION NO. 404 HEALTH SERVICES AND
INSURANCE PLAN

V.

JAMES P. COTE, RONALD R. LAROCQUE,
ESQ. AND MICHAEL R. LABRIE, ESQ.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-11777 NG

TO: (Name and address of defendant)

James P. Cote
721 Britton Street
Chicopee, MA 01020

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. Brown, Esq.
**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
Commerce Center One
333 East River Drive, Suite 101
East Hartford, CT 06108-4203

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE  8-13-04

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

*Hampden, ss.*

August 25, 2004

I hereby certify and return that on 8/24/2004 at 12:25 pm I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT W/CIVIL ACT. COVER SHEET in this action in the following manner: To wit, by leaving at the last and usual place of abode of JAMES P. COTE, 721 BRITTON Street, CHICOPEE, MA 01020. Conveyance ($1.20), Travel ($2.56), Basic Service Fee ($20.00), Attestation X 1 ($5.00), Mailing1 ($1.00) Total Charges $29.76

_____
Deputy Sheriff DAVID K. TENNEY                                Deputy Sheriff

☐ Other *(specify)*: _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
| --- | --- | --- |
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
              Date                                                             Signature of Server

                                                                              _____
                                                                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure