AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

-------DISTRICT OF-------

~~XXXXXXXXXXX~~ MASSACHUSETTS

TRUSTEES OF THE TEAMSTERS LOCAL
UNION NO. 404 HEALTH SERVICES AND
INSURANCE PLAN

V.

JAMES P. COTE, RONALD R. LAROCQUE,
ESQ. AND MICHAEL R. LABRIE, ESQ.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-11777 NG

TO: (Name and address of defendant)

Michael R. Labrie, Esq.
641 Grattan Street
Chicopee, MA 01021

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. Brown, Esq.
**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
Commerce Center One
333 East River Drive, Suite 101
East Hartford, CT 06108-4203

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY A_____

CLERK

8-13-04

DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

Hampden County Sheriff's • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

Hampden, ss.

August 26, 2004

[ I hereby certify and return that on 8/25/2004 at 12:55 pm I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT W/CIVIL ACT. COVER SHEET in this action in the following manner: To wit, by delivering in hand to MICHAEL R. LABRIE ESQ. at 641 GRATTAN Street, CHICOPEE, MA 01020 <>. Basic Service Fee ($30.00),

[ Attestation X 1 ($5.00), Mailing1 ($1.00) Total Charges $36.00

[

Deputy Sheriff DAVID K. TENNEY                                  _____
                                                                                Deputy Sheriff

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                                              Signature of Server

                                                                              _____
                                                                              Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure