UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE TEAMSTERS LOCAL UNION NO. 404 HEALTH SERVICES AND INSURANCE PLAN<br><br>Plaintiffs<br><br>VS.<br><br>JAMES P. COTE, RONALD R. LAROCQUE, ESQ. and MICHAEL R. LABRIE, ESQ.<br><br>Defendants | Civil Action No. 04-11777 (NG)<br><br><br><br><br>September 16, 2004 |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), the parties hereby stipulate to the dismissal of this action, with prejudice.

Respectfully submitted,

**Counsel to Trustees of the Teamsters Local 404 H.S.I.P.**

_____
John M. Brown, Esq.
ROBERT M. CHEVERIE & ASSOCIATES, P.C.

**Counsel to James P. Cote, Ronald R. LaRocque, Esq. and Michael R. Labrie**

_____
Michael R. Labrie, Esq.
LABRIE & POULIOT, P.C.

GSC.TRISTATE.404.LIEN REIMBURSEMENT.COTE
STIP of dismissal.09-16-04